UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:03-CR-398-T-17TBM

ANA LORENA GONZALEZ-BARRON,
and
FRANCISCO PEREZ-LOPEZ.

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave

to dismiss the Indictment against Defendants Ana Lorena Gonzalez-Barron, and

Francisco Perez-Lopez, without prejudice.  Leave of Court is granted and the

Indictment is dismissed against Defendants Ana Lorena Gonzalez-Barron, and

Francisco Perez-Lopez, in the above-captioned case, without prejudice.  The

Clerk of Court is directed to close the case as to Defendants Ana Lorena

Gonzalez-Barron, and Francisco Perez-Lopez.

Dated: June 11th 2013

ELIZABETH A. KOVACHEVICH
United States District Judge